**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY | CLIENT FILE#:<br>**CIVIL ACTION NUMBER: 2:20-CV-2064** |
| Plaintiff | DATE FILED:<br>Job #: 40839<br>Court Date: |
| vs | |
| NORTHERN HILLS SENIOR LIVING CENTERS, LLC, ET AL | |
| Defendant | |
| | **AFFIDAVIT OF SERVICE** |

State of New York: County of Nassau  ss:

I, THOMAS ARLEO, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **9/23/2020** at **7:55 PM** at **58 LARCH HILL ROAD, Lawrence, NY 11559, Home** deponent served the within **SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT, EXHIBITS** on **YAAKOV SOD A/K/A JACOB SOD** therein named (the intended recipient).

SUITABLE AGE PERSON:  By delivering a true copy of each to **MRS. SOD**, the **SPOUSE** of **YAAKOV SOD A/K/A JACOB SOD**, a person of suitable age and discretion.  Said premises is defendant 's usual place of abode within the state. Service was completed by mailing a copy of same in a postpaid sealed envelope properly addressed to the above intended recipient in an official depository under exclusive care and custody of the United States Postal Service on **09/24/2020** at defendant's last known residence. The envelope was marked "Personal & Confidential" not disclosing the sender's identity.

DESCRIPTION:  Deponent further states that the description of the person actually served is as follows: Approx Age: **36 - 50 Yrs.**, Approx Weight: **131-160 Lbs.**, Approx Height: **5ft 4in - 5ft 8in**, Sex: **Female**, Approx Skin: **White**, Approx Hair: **Brown**, Glasses:**No** Other:

COMMENTS:

MILITARY SERVICE:  Person spoken to was asked whether the defendant/recipient was in the military service or financially dependent upon a person in the military service of the State of New York or the United States and received a negative reply.  Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.



X _____
THOMAS ARLEO

Sworn to before me on this 24th day of September 2020
TRACY BETH FREEMAN 01FR6222704
NASSAU County
Commission Expires June 1, 2022