UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PENNSYLVANIA MANUFACTURERS'
ASSOCIATION INSURANCE COMPANY,

          Plaintiff,

  v.

NORTHERN HILLS SENIOR LIVING
CENTERS, LLC, JONATHAN BLEIER,
individually and as a member of NORTHERN
HILLS SENIOR LIVING CENTERS, LLC,
YAAKOV SOD a/k/a JACOB SOD, individually
and as a member of NORTHERN HILLS SENIOR
LIVING CENTERS, LLC, and BARUCH
JEREMIAS a/k/a BARRY JEREMIAS,
individually and as a member of NORTHERN
HILLS SENIOR LIVING CENTERS, LLC,

          Defendants.

**NOTICE OF
VOLUNTARY DISMISSAL
AS TO BLEIER AND SOD ONLY**
Civil Action No.:  2:20-cv-2064

     In accordance with Rule 41 (a) (1) (A) (i) of the Federal Rules of Civil Procedure, Plaintiff, PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY, by and through its attorneys, Smith, Sovik, Kendrick & Sugnet, P.C., hereby dismisses the above-captioned action with prejudice against defendants, JONATHAN BLEIER, individually and as a member of NORTHERN HILLS SENIOR LIVING CENTERS, LLC, and YAAKOV SOD a/k/a JACOB SOD, individually and as a member of NORTHERN HILLS SENIOR LIVING CENTERS, LLC, and only as to those two defendants, by virtue of a settlement agreement.  This notice has been submitted prior to defendants having filed an answer or motion for summary judgment in this case.

For the avoidance of doubt, nothing in this Notice is deemed to affect the merits or status of the litigation against Defendants, NORTHERN HILLS SENIOR LIVING CENTERS, LLC and BARUCH JEREMIAS a/k/a BARRY JEREMIAS, individually and as a member of NORTHERN HILLS SENIOR LIVING CENTERS, LLC.  All of Plaintiff's claims against those Defendants will proceed.

Dated: December 28, 2020

SMITH, SOVIK, KENDRICK & SUGNET, P.C.

By: _____
Karen G. Felter, Esq.
Bar Roll No.:  KF1022
David M. Katz, Esq.
Bar Roll No.:  DK7416
*Attorneys for Plaintiff,*
*Pennsylvania Manufacturers' Association*
*Insurance Company*
250 South Clinton Street, Suite 600
Syracuse, New York 13202
Telephone:   (315) 474-2911
Facsimile:    (315) 474-6015
Email:         kfelter@smithsovik.com
                   dkatz@smithsovik.com

IT IS SO ORDERED:

12/30/2020

s/ Denis R. Hurley
_____
The Honorable Denis R. Hurley
United States District Judge
United States District Court
Eastern District of New York

TO:  Y. David Scharf, Esq.
Kristin T. Roy, Esq.
Mark S. Jarashow, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
Telephone: 212/735-8600
Facsimile: 212/735-8708
dscharf@morrisoncohen.com
kroy@morrisoncohen.com
mjarashow@morrisoncohen.com

H. Jonathan Rubenstein, Esq.
The Feinsilver Law Group, P.C.
26 Court Street, Suite 2506
Brooklyn, New York 11242
Telephone: 973/376-4400
Facsimile: 973/376-4405

{S1296215.1}  3