UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY,

            Plaintiff,

  v.

NORTHERN HILLS SENIOR LIVING CENTERS, LLC, JONATHAN BLEIER, individually and as a member of NORTHERN HILLS SENIOR LIVING CENTERS, LLC, YAAKOV SOD a/k/a JACOB SOD, individually and as a member of NORTHERN HILLS SENIOR LIVING CENTERS, LLC, and BARUCH JEREMIAS a/k/a BARRY JEREMIAS, individually and as a member of NORTHERN HILLS SENIOR LIVING CENTERS, LLC,

            Defendants.

**STIPULATION OF DISMISSAL AS TO NORTHERN HILLS AND JEREMIAS**

Civil Action No.: 2:20-cv-2064

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and the attorneys of record for the parties to the above-entitled action, pursuant to Rule 41 (a) (1) (A) (ii) of the Federal Rules of Civil Procedure, whereas no party to this stipulation is an infant, incompetent person for whom a committee has been appointed or conservatee, the above-entitled actions by Plaintiff PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY be, and the same hereby are discontinued, for all claims, counterclaims, as against Defendants, NORTHERN HILLS SENIOR LIVING CENTERS, LLC and BARUCH JEREMIAS

a/k/a BARRY JEREMIAS, individually and as a member of NORTHERN HILLS SENIOR LIVING CENTERS, LLC, with prejudice, and without costs to any party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  October 12, 2021			SMITH, SOVIK, KENDRICK & SUGNET, P.C.

By: _____
Karen G. Felter, Esq.
David M. Katz, Esq.
*Attorneys for Plaintiff,*
*Pennsylvania Manufacturers' Association*
*Insurance Company*
250 South Clinton Street, Suite 600
Syracuse, New York 13202
Telephone:	(315) 474-2911
Facsimile:	(315) 474-6015
Email:	kfelter@smithsovik.com
	dkatz@smithsovik.com

Dated:  October 25, 2021			MORRISON COHEN LLP

By: _____
Y. David Scharf, Esq.
Kristin T. Roy, Esq.
Mark S. Jarashow, Esq.
909 Third Avenue
New York, New York  10022
Telephone:	212/735-8600
Facsimile:	212/735-8708
dscharf@morrisoncohen.com
kroy@morrisoncohen.com
mjarashow@morrisoncohen.com

Dated: October 12, 2021                    THE FEINSILVER LAW GROUP, P.C.

                                                          By: _____
                                                                H. Jonathan Rubenstein, Esq.
                                                  26 Court Street, Suite 2506
                                                  Brooklyn, New York 11242
                                                  Telephone: 973/376-4400
                                                  Facsimile: 973/376-4405

IT IS SO ORDERED:

_____
The Honorable Denis R. Hurley
United States District Judge
United States District Court
Eastern District of New York